# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EZRA ILANI and CATHY ILANI,

    Plaintiffs

v.

KING SOLOMONS TABLE, INC. and
KING SOLOMONS TREASURES, LLC,

    Defendants

Case No.: 2:23-cv-01200-APG-EJY

**Order Striking Certificate of Interested Parties**

The plaintiffs' certificate of interested parties (ECF No. 6) does not comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the plaintiffs' citizenship as required by the recent amendment to that rule.

I THEREFORE ORDER that the plaintiffs' certificate of interested parties (ECF No. 6) is STRICKEN.  The plaintiffs must file a proper certificate of interested parties by August 18, 2023.

DATED this 2nd day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE