# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EZRA ILANI and CATHY ILANI, | Case No.: 2:23-cv-01200-APG-EJY |
| Plaintiffs | **Order Granting Motion for Default Judgment** |
| v. | [ECF No. 19] |
| KING SOLOMON'S TABLE, INC. and KING SOLOMON'S TREASURES, LLC, | |
| Defendants | |

Plaintiffs Ezra and Cathy Ilani move for default judgment. ECF No. 19. Default has been entered against defendants King Solomon's Table, Inc. and King Solomon's Treasures, LLC. ECF No. 18. The motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986). I thus find good cause to grant it.

I HEREBY ORDER that the motion for default judgment **(ECF No. 19) is granted**.

I FURTHER ORDER the clerk of the court to enter judgment in favor of plaintiffs Ezra and Cathy Ilani and against defendants King Solomon's Table, Inc. and King Solomon's Treasures, LLC as follows:

1. King Solomon's Treasures, LLC, is the alter ego of Simon S. Abraham.

2. King Solomon's Table, Inc., is the alter ego of Simon S. Abraham.

3. King Solomon's Treasures, LLC and King Solomon's Table, Inc. are jointly and severally liable for the $10 million total judgments entered in Case No. 2:17-cv-00692-APG-BNW in favor of the Ilanis and against Simon S. Abraham. *See* Case No. 2:17-cv-00692 at ECF Nos. 55, 66.

DATED this 23rd day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE