F. THOMAS EDWARDS, ESQ. (Nevada Bar No. 9549)
E-Mail: tedwards@nevadafirm.com
STACY H. RUBIN, ESQ. (Nevada Bar No. 9298)
E-Mail: srubin@nevadafirm.com
**HOLLEY DRIGGS**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308 / Fax: (702) 791-1912

ERIC S. REIN *(Admitted Pro Hac Vice)*
NIKITA J. DESAI *(Admitted Pro Hac Vice)*
KILPATRICK TOWNSEND & STOCKTON LLP
500 W. Madison – Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3200 / Fax: (312) 606-3232
Email: rrein@ktslaw.com
        ndesai@ktslaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EZRA ILANI and CATHY ILANI, individuals, | CASE NO. 2:23-cv-01200-APG-EJY |
| Plaintiffs, | **ORDER SETTING DEBTOR EXAMINATIONS** |
| vs. | |
| KING SOLOMON'S TREASURES, LLC, a Nevada limited liability company; KING SOLOMON'S TABLE, INC., a Nevada corporation, | |
| Defendants. | |

It appearing to the Court, by Plaintiffs EZRA ILANI and CATHY ILANI ("Plaintiffs" or "Judgment Creditors") Application for Order Setting Judgment Debtor Examinations, that a Default Judgment was entered against Defendants King Solomon's Treasures, LLC and King Solomon's Table, Inc. (collectively, "Judgment Debtors") on January 24, 2024, and good cause otherwise appearing,

IT IS HEREBY ORDERED that Judgment Debtors shall designate their corporate representatives pursuant to Federal Rule of Civil Procedure 30(b)(6) to appear at the law offices of Holley Driggs, at 300 South Fourth Street, Suite 1600, Las Vegas, Nevada 89101 on May 7, 2024 at 10:00 a.m. and on further such days to testify under oath concerning the (i) dissolution and

(ii) ownership and disposition of assets of the Judgment Debtors, and the Judgment Debtors are forbidden in the meantime from disposing of any property not exempt from execution of Judgment Debtors.

IT IS FURTHER ORDERED that the aforementioned corporate representatives appear and bring to his or her judgment debtor examination, all documents or information relating to the assets and liabilities of King Solomon's Treasures, LLC and/or King Solomon's Table, Inc., including, but not limited to, the documents and information as requested in **Exhibit "A"** attached hereto.

Proof of service on the Judgment Debtors shall be filed with this Court prior to the scheduled examination. Should Judgment Creditors be unable to serve this Order on any of the Judgment Debtors, Judgment Creditors shall notify this Court of this fact by filing a notice with the Court.

Failure to appear at the time and place stated above may subject the Judgment Debtors to punishment for contempt of court.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 2, 2024

Submitted and prepared by:

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ *Eric S. Rein*
ERIC S. REIN, ESQ. (*Admitted Pro Hac Vice*)
NIKITA J. DESAI, ESQ. (*Admitted Pro Hac Vice*)
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Telephone: (312) 606-3200
Facsimile (312) 606-3232
E-Mail: rrein@hmblaw.com
          ndesai@hmblaw.com

F. THOMAS EDWARDS, ESQ. (NBN 9549)
STACY H. RUBIN, ESQ. (9298)
HOLLEY DRIGGS
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
(702) 791-0308

Email: tedwards@nevadafirm.com
       srubin@nevadafirm.com

*Attorneys for Plaintiffs*

**LIST OF DOCUMENTS AND THINGS TO BE PRODUCED BY EACH JUDGMENT DEBTOR**

1. Documents concerning checking, savings and brokerage accounts held from 2021-2024, including but not limited to bank statements, cancelled checks in excess of $500, wire transfers, and ACH payments in excess of $500;

2. Documents concerning safe deposit boxes in which you have or had an interest;

3. 2022 Federal income tax return;

4. Documents relating to security deposits with landlords, utility companies, telephone companies and other third parties;

5. Documents evidencing any and all interest in equipment, supplies, office furnishings or machinery held;

6. Your computer equipment used in the business;

7. Documents related to debts owed to you, together with the identity of the parties owing such debt and the balance owed;

8. Documents concerning jewelry and other precious metals owned or in the possession of King Solomon's Treasures from 2021-2024;

9. Documents related to interests in commercial business, fire, burglary and extended coverage insurance policies, including any refunds or payments due you, and copies of insurance inventories held or owned by you;

10. Documents identifying any trademarks, trade names, copyrights or patents in which you have an interest or have had an interest;

11. Documents identifying your ownership or lease of automobiles, trucks and other vehicles, including leases, titles, bills of sale, or contracts of sale;

12. Documents identifying your ownership or lease of equipment or any other machinery;

13. Documents identifying your accounts receivable from 2022-2024;

14. Documents identifying the payment of income or distributions in 2022-2024;

15. Documents concerning the liquidation of the business leading up to the dissolution in January 2024, including the disposition of assets and payments to creditors; and

16. Documents for any other property not already identified in the items set forth above.

- 1 -

17. The corporate minute book, including operating agreement or bylaws, corporate resolutions and corporate minutes.