UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EZRA ILANI and CATHY ILANI,<br><br>Plaintiffs,<br><br>v.<br><br>KING SOLOMON'S TREASURES, LLC, a Nevada limited liability company; KING SOLOMON'S TABLE, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:23-cv-001200-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion for Order Compelling Compliance with Subpoena (ECF No. 27). The Motion was filed on July 12, 2024. No response to the Motion was received by the Court. Under Local Rule 7-2(d), the Court may treat the failure of the non-moving party to respond to a motion as that party's consent to the granting of the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Order Compelling Compliance with Subpoena (ECF No. 27) is GRANTED.

IT IS FURTHER ORDERED that Dumoni LLC **must** comply with the subpoena no later than **August 20, 2024**. Failure to do so may result in Plaintiffs seeking and the Court granting an order to show cause why Dumoni should not be held in contempt of Court.

IT IS FURTHER ORDERED that Plaintiffs' counsel **must** send a copy of this order to Dumoni LLC through regular **and** certified U.S. Mail. Plaintiffs' counsel **must** file a notice of compliance with this requirement no later than **August 12, 2024**.

Dated this 8th day of August, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1